# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
DAUDISH, JOSEPH E.                        §        Case No. 11-50144 DRC
DAUDISH, LINDA A.                         §
                                          §
                                          §
         Debtors                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/14/2016 in Courtroom 240,

        Kane County Courthouse
        100 S. Third Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/22/2016              By: Gina B. Krol
                                                                   Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
                                    §
DAUDISH, JOSEPH E.                  §         Case No. 11-50144 DRC
DAUDISH, LINDA A.                   §
                                    §
                                    §
        Debtors                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 2,500.56 |
| and approved disbursements of | $ | 232.74 |
| leaving a balance on hand of[1] | $ | 2,267.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 625.14 | $ 0.00 | $ 625.14 |
| Trustee Expenses: GINA B. KROL | $ 5.82 | $ 0.00 | $ 5.82 |
| Other: Adams Levine Surety Bond Agency | $ 1.41 | $ 1.41 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 1.33 | $ 1.33 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 630.96 |
| Remaining Balance | $ 1,636.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 38,822.46  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.2  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 12,061.61 | $ 0.00 | $ 508.55 |
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 6,725.72 | $ 0.00 | $ 283.57 |
| 000003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 7,142.57 | $ 0.00 | $ 301.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NA (CAPITAL ONE, NA) POB 41067 Norfolk VA 23541 | $ 12,892.56 | $ 0.00 | $ 543.59 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,636.86 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-50144-DRC
Joseph E. Daudish                                                       Chapter 7
Linda A. Daudish
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: froman                Page 1 of 1              Date Rcvd: Sep 23, 2016
                               Form ID: pdf006             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
db/jdb         +Joseph E. Daudish,    Linda A. Daudish,    201 N. River Rd.,    Naperville, IL 60540-4022
22556641        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22492862        E-mail/Text: mrdiscen@discover.com Sep 24 2016 01:25:48     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
22775925        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 24 2016 01:22:55
                 Portfolio Recovery Associates, LLC,    successor to CAPITAL ONE, NA,    (CAPITAL ONE, NA),
                 POB 41067,    Norfolk VA 23541
22760506       +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 24 2016 01:23:40
                  PYOD, LLC its successors and assigns as assignee,   of Citibank (South Dakota), N.A.,
                  Resurgent Capital Services,   PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2016 at the address(es) listed below:
          Cindy M. Johnson    on behalf of Trustee Gina B Krol cjohnson@jnlegal.net,    KLindsey@jnlegal.net
          David P Lloyd     on behalf of Debtor 1 Joseph E. Daudish courtdocs@davidlloydlaw.com
          David P Lloyd     on behalf of Debtor 2 Linda A. Daudish courtdocs@davidlloydlaw.com
          E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@dandgpc.com
          Gina B Krol    gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
           com
          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.
           com
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
          James T Ashack    on behalf of Attorney James T. Ashack alg@ashacklaw.com
          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
           ;gsullivan@cohenandkrol.com
          Kyle A Lindsey    on behalf of Trustee Gina B Krol klindsey@jnlegal.net,   cjohnson@jnlegal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 11