UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DAUDISH, JOSEPH E. § Case No. 11-50144 DRC
DAUDISH, LINDA A. §
§
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 274,000.00                    Assets Exempt: 53,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,636.86     Claims Discharged
                                                Without Payment:  165,485.60

Total Expenses of Administration: 863.70

3) Total gross receipts of $ 2,500.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 2,500.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 258,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 863.70 | 863.70 | 863.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 8,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 159,700.00 | 38,822.46 | 38,822.46 | 1,636.86 |
| **TOTAL DISBURSEMENTS** | $ 426,200.00 | $ 39,686.16 | $ 39,686.16 | $ 2,500.56 |

   4)  This case was originally filed under chapter 7 on  12/15/2011 . The case was pending for 60 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  11/15/2016          By:/s/GINA B. KROL
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| ISB Financial Claim | 1249-000 | 2,500.56 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,500.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank P. O. Box 5343 Cleveland, OH 44101 | | 53,500.00 | NA | NA | 0.00 |
| | PNC Mortgage P.O. Box 1820 Dayton, OH 45401-1820 | | 205,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 258,500.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA KROL | 2100-000 | NA | 625.14 | 625.14 | 625.14 |
| GINA KROL | 2200-000 | NA | 5.82 | 5.82 | 5.82 |
| ADAMS LEVINE SURETY BOND AGENCY | 2300-000 | NA | 1.41 | 1.41 | 1.41 |
| ADAMS-LEVINE | 2300-000 | NA | 1.33 | 1.33 | 1.33 |
| ASSOCIATED BANK | 2600-000 | NA | 230.00 | 230.00 | 230.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 863.70 | $ 863.70 | $ 863.70 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankuptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60601 | | 500.00 | NA | NA | 0.00 |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 7,500.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 8,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 15026 Wilmington, DE 19850-5026 | | 56,000.00 | NA | NA | 0.00 |
| | Capital One P. O. Box 30273 Salt Lake City, UT 84130-0273 | | 13,500.00 | NA | NA | 0.00 |
| | Chase/Sapphire P. O. Box 15298 Wilmington, DE 19850-5298 | | 20,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase/Slate P. O. Box 15298 Wilmington, DE 19850-5298 | | 7,500.00 | NA | NA | 0.00 |
| | Discover P. O. Box 30954 Salt Lake City, UT 84130-0954 | | 12,000.00 | NA | NA | 0.00 |
| | Federal Deposit Insurance Corp 500 West Monroe Street Suite 3500 Chicago, IL 60661 | | 0.00 | NA | NA | 0.00 |
| | Target P. O. Box 660170 Dallas, TX 75266-0170 | | 11,300.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 6,700.00 | 6,725.72 | 6,725.72 | 283.57 |
| 000001 | DISCOVER BANK | 7100-900 | 12,500.00 | 12,061.61 | 12,061.61 | 508.55 |
| 000004 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 13,000.00 | 12,892.56 | 12,892.56 | 543.59 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | 7,200.00 | 7,142.57 | 7,142.57 | 301.15 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 159,700.00 | $ 38,822.46 | $ 38,822.46 | $ 1,636.86 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-50144 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | DAUDISH, JOSEPH E. | | | Date Filed (f) or Converted (c): | 12/15/11 (f) |
| | DAUDISH, LINDA A. | | | 341(a) Meeting Date: | 02/08/12 |
| For Period Ending: | 11/15/16 | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 201 N. RIVER RD., NAPERVILLE IL 60540 | 300,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Harris Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking account with PNC Bank | 1,750.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account with Citibank | 1,250.00 | 0.00 | | 0.00 | FA |
| 5. Checking account with MB Financial Bank | 250.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL | 200.00 | 0.00 | | 0.00 | FA |
| 8. WEDDING RINGS | 500.00 | 0.00 | | 0.00 | FA |
| 9. IRA with Dodge & Cox | 10,000.00 | 0.00 | | 0.00 | FA |
| 10. Ashack and Daudish PC 50% interest | 0.00 | 0.00 | | 0.00 | FA |
| Trustee has retained special counsel to pursure collection of debtor's interest in law firm | | | | | |
| 11. 4 Shares of Walgreens Stock | 140.00 | 0.00 | | 0.00 | FA |
| 12. US Savings Bonds | 60.00 | 0.00 | | 0.00 | FA |
| 13. 2005 Hyundai Tucson | 6,800.00 | 0.00 | | 0.00 | FA |
| 14. 2007 Hyundai Accent | 3,550.00 | 0.00 | | 0.00 | FA |
| 15. ISB Financial Claim (u) | 0.00 | 2,500.56 | | 2,500.56 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $327,000.00 | $2,500.56 | | $2,500.56 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing set for 10/14/16

LFORM1     Ver: 19.06b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-50144   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: DAUDISH, JOSEPH E. | Date Filed (f) or Converted (c): 12/15/11 (f) |
| DAUDISH, LINDA A. | 341(a) Meeting Date: 02/08/12 |
| | Claims Bar Date: 01/02/15 |

October 11, 2016, 12:23 pm

Submited TFR to US Tee for review
September 12, 2016, 10:26 am

Trustee continues to pursue liquidation of Debtor's law practice
October 07, 2015, 01:46 pm

Special Counsel continues to pursue discovery to determine value of Debtor's law practice
October 16, 2014, 11:20 am

Mr. Daudish died. partner in law firm may have assets. Debtors liquidated several IRAs. Trustee requested accounting.
Trustee has retained special counsel to pursue interest in law practice.
October 17, 2013, 02:21 pm

Initial Projected Date of Final Report (TFR): 03/31/14      Current Projected Date of Final Report (TFR): 06/30/16

/s/    GINA B. KROL
_____ Date: 11/15/16
   GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 11-50144 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | DAUDISH, JOSEPH E. | | Bank Name: | ASSOCIATED BANK |
| | DAUDISH, LINDA A. | | Account Number / CD #: | *******7640  Checking Account |
| Taxpayer ID No: | *******5706 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/14 | 15 | N. Neville Reid<br>Liquidating Trustee for<br>ISB Financial<br>09-3775 | Payment on Claim | 1249-000 | 2,500.56 | | 2,500.56 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,490.56 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,480.56 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,470.56 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,460.56 |
| 02/10/15 | 030001 | Adams Levine Surety Bond Agency<br>60 E. 42nd Street<br>Room 965<br>New York, NY  10165 | | 2300-000 | | 1.41 | 2,459.15 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,449.15 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,439.15 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,429.15 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,419.15 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,409.15 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,399.15 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,389.15 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,379.15 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,369.15 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,359.15 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,349.15 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,339.15 |
| 02/18/16 | 030002 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 1.33 | 2,337.82 |

Page Subtotals        2,500.56        162.74

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-50144 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | DAUDISH, JOSEPH E. | | Bank Name: | ASSOCIATED BANK |
| | DAUDISH, LINDA A. | | Account Number / CD #: | *******7640 Checking Account |
| Taxpayer ID No: | *******5706 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,327.82 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,317.82 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,307.82 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,297.82 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,287.82 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,277.82 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,267.82 |
| 10/14/16 | 030003 | Gina Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 630.96 | 1,636.86 |
| | | | Fees  625.14 | 2100-000 | | | |
| | | | Expenses  5.82 | 2200-000 | | | |
| 10/14/16 | 030004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final Distribution | 7100-900 | | 508.55 | 1,128.31 |
| 10/14/16 | 030005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Final Distribution | 7100-900 | | 283.57 | 844.74 |
| 10/14/16 | 030006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 301.15 | 543.59 |
| 10/14/16 | 030007 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE, NA<br>(CAPITAL ONE, NA) | Final Distribution | 7100-900 | | 543.59 | 0.00 |
| | | | Page Subtotals | | 0.00 | 2,337.82 | |

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-50144 -DRC |
| Case Name: | DAUDISH, JOSEPH E. |
| | DAUDISH, LINDA A. |
| Taxpayer ID No: | *******5706 |
| For Period Ending: | 11/15/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7640  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POB 41067 Norfolk VA 23541 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 2,500.56 | 2,500.56 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 2,500.56 | 2,500.56 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 2,500.56 | 2,500.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7640 | 2,500.56 | 2,500.56 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,500.56 | 2,500.56 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 19.06b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*